| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| DIEHL, MARY GRACE | UNITED STATES BANKRUPTCY COURT | 04/28/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| BANKRUPTCY JUDGE | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

1215 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, S.W.
ATLANTA, GA 30303

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | President-Elect/President | National Conference of Bankruptcy Judges |
| 3. | Member, Board of Directors | American Bankruptcy Institute |
| 4. | Vice President | American College of Bankruptcy |
| 5. | Member, Board of Trustees | Turnaround Managment Association |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | Ongoing | Contract with LexisNexis/Collier to edit book on Professional Compensation in Bankruptcy Cases |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | Lexis/Nexis Royalties | $2,445.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Graduate Fellowship Georgia State University |
| 2. | 2015 | Self Employed Attorney |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | September 26-30, 2015 | Miami, FL | Judges Conference | Reimbursement of Travel and Hotel |
| 2. | American College of Bankruptcy | March 12-14, 2015 | Washingon, DC | Professional Meeting | Partial Reimbursementof Travel and Hotel |
| 3. | American Bankruptcy Institute | April 16-19, 2015 | Washington, DC | Educational Seminar Speaker | Reimbursement of Travel and Hotel |
| 4. | Turnaround Management Association | February 10-11, 2015 | Las Vegas, NV | Certification Oversight Committee Meeting | Reimbursement of Travel |
| 5. | National Conference of Bankruptcy Judges | April 12-14, 2015 | San Antonio, TX | Mid-Year Meeting | Reimbursement of Hotel and Travel |

| Name of Person Reporting | Date of Report |
|---|---|
| **DIEHL, MARY GRACE** | 04/28/2016 |

| | | | | |
|---|---|---|---|---|
| 6. | National Assn of Bankruptcy Trustees | Feb. 26-28, 2015 | Charleston, SC | Speaker at Educational Seminar | Reimbursement of Travel and Hotel |
| 7. | National Assn of Bankruptcy Trustees | August 26-29, 2015 | Chicago, IL | Speaker at Educational Seminar | Reimbursement of Travel and Hotel |
| 8. | Turnaround Management Assn | July 15-17, 2015 | San Diego, CA | Speaker at Educational Seminar | Reimbursement of Travel and Hotel |
| 9. | American Bankruptcy Institute | December 3-5, 2015 | Phoenix, AZ | Speaker at Educational Seminar | Reimbursement of Travel and Hotel |
| 10. | Natinoal Association of Chapter 13 Trustees | January 15-17, 2015 | Colorado Springs, CO | Speaker at Educational Seminar | Reimbursement of Travel and Hotel |
| 11. | American Bankruptcy Institute | January 21-23, 2015 | Denver, CO | Speaker at Educations Seminar | Reimbursement of Travel and Hotel |
| 12. | National Conference of Bankruptcy Judges | February 5-6, 2015 | Dallas, TX | Strategic Planning Meeting | Reimbursement of Travel and Hotel |
| 13. | American Bankruptcy Institute | March 5-7, 2015 | Tampa, FL | Speaker at Educational Seminar | Reimbursement of Travel and Hotel |
| 14. | American Bankruptcy Institute | March 8-10, 2015 | New York, N.Y. | Judge at Moot Court | Reimbursement of Travel and Hotel |
| 15. | National Conference of Bankruptcy Judges | November 15-16, 2015 | Washington DC | Meeting at Supreme Court | Reimbursement of Travel, Hotel and Meals |
| 16. | Middle District of North Carolina Bankruptcy Seminar, Inc | April 23-25, 2015 | Southern Pines, N.C. | Speaker at Educational Seminar | Reimbursement of Trave and Hotel |
| 17. | American Bankruptcy Institute | May 19-22, 2015 | Chicago, IL | Teacher at Litigation Skills Workshop | Reimbursement of Travel and Hotel |
| 18. | American Bankruptcy Institute | July 23-27, 2015 | Amelia Island, FL | Speaker at Educaitonal Seminar | Reimbursement of Travela nd Hotel |
| 19. | National COnference of Bankruptcy Judges | September 15-17, 2015 | Washington, DC | Meeting of Legislative Committee | Reimbursement of Travela nd Hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| DIEHL, MARY GRACE | 04/28/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Dr. Jung Ho Lee Sr. | Real estate lease | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIEHL, MARY GRACE | 04/28/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Accounts | A | Interest | N | T | | | | | |
| 2. Wells Fargo Bank Account | | None | K | T | | | | | |
| 3. Emory Credit Union | | None | J | T | | | | | |
| 4. Mass Mutual Life Insurance Policy#1(whole life) | C | Dividend | M | T | | | | | |
| 5. Mass Mutual Insurance Policy #2(whole life) | C | Dividend | M | T | | | | | |
| 6. Prudential Insurance Policy (whole life) | A | Interest | K | T | | | | | |
| 7. Brokerage Account #1 (-13012) | | | | | | | | | |
| 8. --Bank Deposit Account- FIA Card services | A | Interest | J | T | | | | | |
| 9. --MFS Value Fund Class A | A | Dividend | | | Sold (part) | 04/10/15 | M | E | |
| 10. | | | | | Sold (part) | 03/30/15 | K | D | |
| 11. | | | | | Sold | 04/17/15 | J | A | |
| 12. -Bank of America (formerly ML Bank) | A | Interest | L | T | | | | | |
| 13. --Hartford Growth Opportunities Fund Cl A | A | Dividend | | | Sold (part) | 03/30/15 | K | D | |
| 14. | | | | | Sold (part) | 04/10/15 | K | D | |
| 15. | | | | | Sold | 04/17/15 | J | A | |
| 16. --American Euro Pacific Growth Fund Cl F | A | Dividend | | | Sold (part) | 03/30/15 | J | B | |
| 17. | | | | | Sold | 04/10/15 | L | D | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIEHL, MARY GRACE | 04/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Wells Fargo Advantage Small Cap Fund A | A | Dividend | | | Sold (part) | 03/30/15 | J | C | |
| 19. | | | | | Sold | 04/10/15 | J | B | |
| 20. -- American Century Small Cap f/k./a Amer Century Investor Fund | | None | | | Sold (part) | 03/30/15 | J | B | |
| 21. | | | | | Sold | 04/10/15 | K | D | |
| 22. --Eaton Vance Large Cap Value Fund Class A | D | Distribution | L | T | Sold (part) | 04/10/15 | J | A | |
| 23. | | | | | Sold (part) | 11/30/15 | J | A | |
| 24. | | | | | Sold (part) | 03/30/15 | J | A | |
| 25. | | | | | Sold (part) | 07/30/15 | J | A | |
| 26. | | | | | Sold (part) | 09/29/15 | J | A | |
| 27. | | | | | Sold (part) | 11/30/15 | J | A | |
| 28. --ISHARES RUSSELL 1000 Growth Index Fund | A | Dividend | | | Sold (part) | 03/30/15 | K | D | |
| 29. | | | | | Sold | 04/10/15 | M | F | |
| 30. --ISHARES RUSSELL 1000 Value Index | A | Dividend | | | Sold (part) | 03/30/15 | K | B | |
| 31. | | | | | Sold | 04/10/15 | M | E | |
| 32. --Dreyfus Appreciation Fd | D | Distribution | L | T | Sold (part) | 03/30/15 | K | C | |
| 33. | | | | | Sold (part) | 04/10/15 | K | D | |
| 34. | | | | | Sold (part) | 07/29/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIEHL, MARY GRACE | 04/28/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 09/28/15 | J | A | |
| 36. | | | | | Sold (part) | 11/30/15 | J | A | |
| 37. --Thomas White Int. Fund | A | Dividend | | | Sold (part) | 04/10/15 | K | A | |
| 38. | | | | | Sold (part) | 03/30/15 | J | A | |
| 39. | | | | | Sold | 04/17/15 | J | A | |
| 40. --American Century Small Cap Val Fd (ASVIX) | A | Dividend | | | Sold | 04/10/15 | J | A | |
| 41. --JP Morgan Undscvrd Mngrs (UBVSX) | A | Dividend | | | Sold (part) | 04/10/15 | J | B | |
| 42. | | | | | Sold (part) | 03/30/15 | J | A | |
| 43. | | | | | Sold | 04/17/15 | L | A | |
| 44. --Hancock Horizon Diversified Intl Fd Inst | A | Dividend | L | T | Sold (part) | 03/30/15 | J | A | |
| 45. --Allianzgi NFJ Dividend Value Fund CL P | B | Dividend | L | T | Buy | 04/10/15 | M | | |
| 46. --Eaton Vance Atlanta Capital SMID Cap Fd CL1 | D | Distribution | M | T | Buy | 04/10/15 | M | | |
| 47. | | | | | Sold (part) | 11/30/15 | J | A | |
| 48. --Mainstay Large Cap Growth Fund CL 1 | C | Distribution | L | T | Buy | 04/10/15 | M | | |
| 49. | | | | | Sold (part) | 11/30/15 | J | A | |
| 50. | | | | | Sold (part) | 07/29/15 | J | A | |
| 51. | | | | | Sold (part) | 09/28/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIEHL, MARY GRACE | 04/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Mainstay Epoch Global Equity Yield Fund Cl 1 | D | Distribution | M | T | Buy | 04/10/15 | M | | |
| 53. | | | | | Sold (part) | 09/28/15 | J | A | |
| 54. --MFS Research International Fd CL1 | C | Dividend | M | T | Buy | 04/10/15 | M | | |
| 55. | | | | | Sold (part) | 07/22/15 | J | A | |
| 56. --Prudential Jennison Small COmpany Fd Inc Z | D | Distribution | L | T | Buy | 04/10/15 | M | | |
| 57. | | | | | Sold (part) | 09/28/15 | J | A | |
| 58. | | | | | | | | | |
| 59. Brokerage Acct #2 (-13017) | | | | | | | | | |
| 60. --Georgia St Rd & Twy Auth Rev | B | Interest | K | T | Sold (part) | 04/13/15 | J | A | |
| 61. --University Houston Tex | A | Interest | K | T | | | | | |
| 62. --Gwinnett Cnty Ga Wtr & Sew Ser A | A | Interest | | | Sold (part) | 05/13/15 | J | A | |
| 63. | | | | | Sold | 11/16/15 | K | A | |
| 64. --Dekalb Private Hosp Auth | B | Interest | K | T | | | | | |
| 65. --Columbia Co Ga Wtr & Sew | A | Interest | J | T | Sold (part) | 03/31/15 | L | A | |
| 66. --Athens-Clarke Cnty GA Uni Govt Auth Rev | B | Interest | K | T | | | | | |
| 67. --Athens Clarke County GA UNI Govt Sales Tax:Jail | A | Interest | J | T | Sold (part) | 04/06/15 | K | A | |
| 68. --Connecticut St Spl Tax Oblig Rev Ser A | A | Interest | | | Sold | 06/05/15 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --Metro Atlanta RTA GA SLS TaxRV Third Series | B | Interest | K | T | | | | | |
| 70. --DeKalb Cnty Ga Wtr-Sew | | None | K | T | Buy | 11/10/15 | K | | |
| 71. Met Wash DC Arpts AT | A | Int./Div. | K | T | Buy | 06/03/15 | K | | |
| 72. Brokerage Acct #3 (-12445) | | | | | | | | | |
| 73. --SP500 ARN Issuer BAC/due 1/30/2015 | | None | | | Redeemed | 01/29/15 | K | C | |
| 74. --SP500 ARN Issuer CS/due 7/31/15 | | None | | | Redeemed | 07/31/15 | N | E | |
| 75. --SX5E ARN Issuer DB/due 7/31/15 | | None | | | Redeemed | 07/31/15 | N | F | |
| 76. --SX5E ARN Issuer SEK/due 4/24/15 | | None | | | Redeemed | 04/24/15 | N | E | |
| 77. --SP500 ARN Issuer BAC/due 3/28/16 | | None | K | T | Buy | 01/29/15 | K | | |
| 78. --SP500 ARN Issuer BAC/due 5/27/16 | | None | M | T | Buy | 03/26/15 | M | | |
| 79. --SP500 ARN Issuer CS/due 9/30/'6 | | None | N | T | Buy | 07/30/15 | N | | |
| 80. --SX5E ARn Issuer BAC/due 5/27/16 | | None | M | T | Buy | 03/26/15 | M | | |
| 81. --SX5E ARN Issuer BAC/due 6/24/16 | | None | M | T | Buy | 04/23/15 | N | | |
| 82. SX5E ARN Issuer BAC/due 9/30/16 | | None | N | T | Buy | 07/30/15 | N | | |
| 83. IRA #1 (-13022) | | | | | | | | | |
| 84. --ML Winton FuturesAccess LLC | | None | N | T | Buy (add'l) | 04/24/15 | M | | |
| 85. IRA #2 (-12598) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIEHL, MARY GRACE | 04/28/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --Hartford Growth Opportunities Fund Cl A | | None | | | Sold (part) | 03/30/15 | K | D | |
| 87. | | | | | Buy (add'l) | 01/23/15 | J | | |
| 88. | | | | | Sold | 04/10/15 | K | B | |
| 89. --American Euro Pacific Growth Fund Cl F | | None | | | Buy (add'l) | 01/23/15 | J | | |
| 90. | | | | | Sold (part) | 03/30/15 | J | A | |
| 91. | | | | | Sold | 04/13/15 | J | B | |
| 92. --Wells Fargo Advantage Small Cap Gr Fund A | | None | | | Sold (part) | 03/31/15 | J | A | |
| 93. | | | | | Sold | 04/13/15 | J | A | |
| 94. --American Century New Opportunities II Investor Fund | | None | | | Sold (part) | 03/31/15 | J | B | |
| 95. | | | | | Sold | 04/13/15 | J | A | |
| 96. --MFS Value Fund Cl A | | None | | | Sold (part) | 03/30/15 | K | D | |
| 97. | | | | | Sold | 04/13/15 | K | C | |
| 98. --Eaton Vance Large Cap Value FUnd Class A | A | Int./Div. | K | T | Buy (add'l) | 01/23/15 | J | | |
| 99. | | | | | Sold (part) | 03/30/15 | K | A | |
| 100. | | | | | Sold (part) | 04/13/15 | J | A | |
| 101. --FIA Card Services (formerly ML Bank USA RASP) | A | Interest | K | T | | | | | |
| 102. --ISHARES RUSSELL 1000 Growth | | None | | | Sold (part) | 03/30/15 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIEHL, MARY GRACE | 04/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 04/10/15 | J | E | |
| 104. --ISHARES RUSSELL 1000 Value | | None | | | Sold (part) | 03/30/15 | K | B | |
| 105. | | | | | Sold | 04/10/15 | K | D | |
| 106. --Dreyfus Appreciation Fd | A | Int./Div. | K | T | Sold (part) | 03/30/15 | K | C | |
| 107. | | | | | Sold (part) | 04/10/15 | J | B | |
| 108. --Thomas White Iinternational Fund | | None | | | Buy (add'l) | 01/23/15 | J | | |
| 109. | | | | | Sold (part) | 03/30/15 | J | A | |
| 110. | | | | | Sold | 04/10/15 | J | A | |
| 111. --American Century Small Cap Val FD Investor(ASVIX) | | None | | | Buy (add'l) | 01/23/15 | J | | |
| 112. | | | | | Sold (part) | 03/30/15 | J | A | |
| 113. | | | | | Sold | 04/13/15 | J | A | |
| 114. --JP Morgan Undscvrd Mngrs (UBVSX) | | None | | | Buy (add'l) | 01/23/15 | J | | |
| 115. | | | | | Sold | 04/13/15 | J | A | |
| 116. --Hancock Horizon Diversified Intl Fd | | None | | | Buy (add'l) | 01/23/15 | J | | |
| 117. | | | | | Sold (part) | 03/30/15 | J | A | |
| 118. | | | | | Sold | 04/10/15 | J | A | |
| 119. Allianzgi NFJ Dividend Value Fund CL P | A | Int./Div. | K | T | Buy | 04/13/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIEHL, MARY GRACE | 04/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Eaton Vance Atlanta Capital SMID Cap Fd Cl 1 | A | Int./Div. | K | T | Buy | 04/13/15 | K | | |
| 121. Mainstay Large Cap Growth Fund Cl1 | A | Int./Div. | K | T | Buy | 04/10/15 | K | | |
| 122. Mainstay Epoch Global Equity Yield Fund Cl 1 | B | Int./Div. | K | T | Buy | 04/13/15 | K | | |
| 123. MFS Research International Fd Cl1 | A | Int./Div. | K | T | Buy | 04/13/15 | K | | |
| 124. Prudential Jennison Small Company Fd Inc Z | A | Int./Div. | K | T | Buy | 04/13/15 | K | | |
| 125. IRA #3 (12601/14937) | | | | | | | | | |
| 126. -FIA Card Svcs (Formerly -ML Bank USA RASP) | A | Interest | L | T | | | | | |
| 127. SP 500 ARN Issuer BAC | | None | N | T | | | | | |
| 128. --MFS Value Fund | | None | | | Sold | 04/13/15 | M | E | |
| 129. --Hartford Growth Opportunities Fund Cl A | | None | | | Buy (add'l) | 01/23/15 | J | | |
| 130. | | | | | Sold | 04/13/15 | M | E | |
| 131. --American Euro Pacific Growth Fund Cl F | | None | | | Buy (add'l) | 01/23/15 | J | | |
| 132. | | | | | Sold | 04/13/15 | L | D | |
| 133. --Wells Fargo Advantage Small Cap Fund A | | None | | | Sold | 04/13/15 | K | D | |
| 134. --American Century New Opportunities Investor Fund | | None | | | Sold | 04/13/15 | K | D | |
| 135. --Thomas White International Fund | | None | | | Buy (add'l) | 01/23/15 | J | | |
| 136. | | | | | Sold | 04/13/15 | L | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,000 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIEHL, MARY GRACE | 04/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. --Eaton Vance Large Cap Value Fund Class A | B | Int./Div. | L | T | Buy (add'l) | 01/23/15 | K | | |
| 138. | | | | | Sold (part) | 04/13/15 | K | A | |
| 139. --ISHARES RUSSELL 1000 Growth | | None | | | Sold | 04/15/15 | M | F | |
| 140. --ISHARES RUSSELL 1000 Value | | None | | | Sold | 04/15/15 | M | E | |
| 141. --Dreyfus Appreciation Fd | B | Int./Div. | L | T | Sold (part) | 04/13/15 | K | C | |
| 142. --American Century small Cap Val Fd (ASVIX) | | None | | | Buy (add'l) | 01/23/15 | J | | |
| 143. | | | | | Sold | 04/13/15 | K | A | |
| 144. --JP Morgan Undscvrd Mngrs | | None | | | Buy (add'l) | 01/23/15 | J | | |
| 145. | | | | | Sold | 04/13/15 | K | C | |
| 146. --Hancock Horizon Diversified Intl FD | | None | | | Buy (add'l) | 01/23/15 | J | | |
| 147. | | | | | Sold | 04/13/15 | L | C | |
| 148. --Allianzgi NFJ Dividend Value Fund CL P | B | Int./Div. | L | T | Buy | 04/13/15 | M | | |
| 149. --Eaton Vance Atlanta Capital SMID Cap FD Cl 1 | A | Int./Div. | M | T | Buy | 04/13/15 | M | | |
| 150. --Mainstay Large Cap Growth Fund Cl 1 | A | Int./Div. | L | T | Buy | 04/13/15 | M | | |
| 151. --Mainstay Epoch Global Equity Yield Fund Cl 1 | D | Int./Div. | M | T | Buy | 04/13/15 | M | | |
| 152. MFS Research International Fd Cl 1 | C | Int./Div. | M | T | Buy | 04/13/15 | M | | |
| 153. Prudential Jennison Small Company Fd Inc Z | A | Int./Div. | L | T | Buy | 04/13/15 | M | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIEHL, MARY GRACE | 04/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  SEP #1 (-12599) | | | | | | | | | |
| 155.  --Hartford Growth Opportunities Fund Cl A | | None | | | Buy (add'l) | 01/23/15 | J | | |
| 156. | | | | | Sold | 04/13/15 | K | D | |
| 157.  --American Euro Pacific Growth Fund Cl F | | None | | | Buy (add'l) | 01/23/15 | J | | |
| 158. | | | | | Sold | 04/13/15 | K | B | |
| 159.  --Wells Fargo Advantage Small Cap Gr Fund A | | None | | | Sold | 04/13/15 | J | B | |
| 160.  --American Century New Opportunities II Investor Fund | | None | | | Sold | 04/13/15 | J | A | |
| 161.  --MFS Value Fund Cl A | | None | | | Sold | 04/13/15 | K | D | |
| 162.  --Eaton Vance Large Cap Value FUnd Class Amgd221712 | A | Int./Div. | K | T | Buy (add'l) | 01/23/15 | J | | |
| 163. | | | | | Sold (part) | 04/13/15 | J | A | |
| 164.  --FIA CArd Svcs (formerly ML Bank USA RASP) | A | Int./Div. | K | T | | | | | |
| 165.  --ISHARES RUSSELL 1000 GROWTH | | None | | | Sold | 04/13/15 | K | E | |
| 166.  --ISHARES RUSSELL 1000 VALUE | | None | | | Sold | 04/13/15 | K | D | |
| 167.  --Dreyfus Appreciation Fd | A | Int./Div. | K | T | Sold (part) | 04/13/15 | J | A | |
| 168.  --Thomas White International Fund | | None | | | Buy (add'l) | 01/23/15 | J | | |
| 169. | | | | | Sold | 04/13/15 | J | A | |
| 170.  --American Century Small Cap Value | | None | | | Buy (add'l) | 01/23/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIEHL, MARY GRACE | 04/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold | 04/13/15 | J | A | |
| 172. --JP MORGAN UNDSCVRD MNGRS | | None | | | Buy (add'l) | 01/23/15 | J | | |
| 173. | | | | | Sold | 04/13/15 | J | A | |
| 174. --Hancock Horizon Diversified Intl Fd Inst | | None | | | Buy (add'l) | 01/23/15 | J | | |
| 175. | | | | | Sold | 04/13/15 | J | A | |
| 176. Allianzgi NJF Dividend Value Fund CL P | A | Int./Div. | K | T | Buy | 04/13/15 | K | | |
| 177. Eaton Vance Atlanta Capital SMID Cap Fd CL1 | A | Int./Div. | K | T | Buy | 04/13/15 | K | | |
| 178. Mainstay Large Cap Growth Fund Cl 1 | A | Int./Div. | K | T | Buy | 04/13/15 | K | | |
| 179. Mainstay Epoch Global Equity Yield Fund Cl 1 | B | Int./Div. | K | T | Buy | 04/13/15 | L | | |
| 180. MFS Research International Fund Cl 1 | A | Dividend | K | T | Buy | 04/13/15 | L | | |
| 181. Prudential Jennison Small COmpany Fd Inc Z | A | Int./Div. | K | T | Buy | 04/13/15 | K | | |
| 182. SEP #2 (-12600) | | | | | | | | | |
| 183. --Hartford Growth Opportunities Fund Cla A | | None | | | Buy (add'l) | 01/23/15 | J | | |
| 184. | | | | | Sold | 04/13/15 | J | B | |
| 185. --American Euro Pacific Growth Fund Cl F | | None | | | Buy (add'l) | 01/23/15 | J | | |
| 186. | | | | | Sold | 04/13/15 | J | A | |
| 187. --Wells Fargo Advantage Small Cap Gr Fund A | | None | | | Sold | 04/13/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. --American Century New Opportunities II | | None | | | Sold | 04/13/15 | J | A | |
| 189. --MFS Value Fund Cl A | | None | | | Sold | 04/13/15 | J | A | |
| 190. --Eaton Vance Large Cap Value Fund Class A | A | Int./Div. | J | T | Buy (add'l) | 01/13/15 | J | | |
| 191. | | | | | Sold (part) | 04/13/15 | J | A | |
| 192. --ISHARES RUSSELL 1000 Growth | | None | | | Sold | 04/13/15 | J | B | |
| 193. --ISHARES RUSSELL 1000 VALUE | | None | | | Sold | 04/13/15 | J | B | |
| 194. --Dreyfus Appreciation Fd | A | Int./Div. | J | T | Sold (part) | 04/13/15 | J | A | |
| 195. Thomas White International Fund | | None | | | Buy (add'l) | 01/23/15 | J | | |
| 196. | | | | | Sold | 04/13/15 | J | A | |
| 197. --American Century Small Cap Val Fund | | | | | Buy (add'l) | 01/13/15 | J | | |
| 198. | | | | | Sold | 04/13/15 | J | A | |
| 199. J--P MORGAN UNDSCRVD MNGRS | | None | | | Buy (add'l) | 01/23/15 | J | | |
| 200. | | | | | Sold | 04/13/15 | J | A | |
| 201. --Hancock Horizon Diversified Intl Fd Inst | | None | | | Buy (add'l) | 01/23/15 | J | | |
| 202. | | | | | Sold | 04/13/15 | J | A | |
| 203. Allianzgi NFJ Divident Value Fund Cl P | A | Int./Div. | J | T | Buy | 04/13/15 | J | | |
| 204. Eaton Vance Atlanta Capital SMID Cap Fd Cl I | A | Int./Div. | J | T | Buy | 04/13/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Mainstay Large Cap Growth Fund Cl 1 | A | Int./Div. | J | T | Buy | 04/13/15 | J | | |
| 206. Mainstay Epoch Global Equity Yield Fund Cl 1 | A | Int./Div. | J | T | Buy | 04/13/15 | J | | |
| 207. MFS Research International Fund Cl1 | A | Int./Div. | J | T | Buy | 04/13/15 | J | | |
| 208. Prudential Jennison Small Company Fund Inc Z | A | Int./Div. | J | T | Buy | 04/13/15 | J | | |
| 209. 401(k) Plan (-05031)CASH | | None | K | T | Open | 12/15/15 | K | | |
| 210. MJ Defined Benefit Plan (-05030) | | None | J | T | Open | 12/15/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIEHL, MARY GRACE | 04/28/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Trust #1 is a charitable trust and is not reportable because it was not created by me, my spouse or a dependent child and no income is received by me, my spouse or a dependent child. Neither do any of these persons have a beneficial interest in the trust. This information was previously reported but is no longer necessary.

Bank accounts at Wells Fargo and Emory Creidt Union were opened in 2015 with funds transferred from Bank of America accounts.

401(k) and Defined Benefit Plan were opend with cash depositis in December 2015 and were not invested as of 12/31/15 (lines 209-210)

| Name of Person Reporting | Date of Report |
|---|---|
| DIEHL, MARY GRACE | 04/28/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ MARY GRACE DIEHL**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544